**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 7 MAL 2016
:
    Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
    v. :
:
:
:
TROY M. THOMAS, :
:
    Petitioner :

## ORDER

**PER CURIAM**

  **AND NOW**, this 13th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.